For the respondent, *David Roskein, David I. Stepacoff* and *John A. Laird.*

For the appellant, *Seaman & Seaman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, DONGES, HEHER, PERSKIE, COLIE, WELLS, RAFFERTY, THOMPSON, DILL, JJ. 11.

*For reversal*—None.

EMIL E. SCHMIDT, RESPONDENT, v. ATLANTIC REFINING
COMPANY, APPELLANT.

Argued February 7, 1945—Decided April 19, 1945.

For the respondent, *William F. Kennedy.*

For the appellant. *McCarter, English & Egner.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Case, Bodine, Donges, Perskie, Porter, Wells, Rafferty, Thompson, Dill, JJ. 11.

*For reversal*—None.